# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D'AQUILA ADVISORS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-0036 (TNF) |
| | ) |
| KIRSTJEN NIELSEN, Secretary, | ) |
| U.S. Department of Homeland Security et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Paul Cirino as counsel of record for Defendants in the above-captioned case.

Dated:  February 5, 2019               Respectfully submitted,


_____ /s/ *Paul Cirino* _____
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov