# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D'AQUILA ADVISORS LLC,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>　　v.  )   Civil Action No. 19-0036 (TNM)<br>  )<br>KIRSTJEN M. NIELSEN, Secretary of  )<br>Homeland Security, et al.,  )<br>  )<br>　　　　Defendants.  )<br>  ) | |

## MOTION TO DISMISS

On behalf of Defendants Kirstjen M. Nielsen, Secretary of Homeland Security, et al., the undersigned counsel respectfully moves for dismissal of the Complaint filed by Plaintiff D'Aquila Advisors LLC on January 9, 2019.  ECF No. 1.

In support of this motion, Defendants refer the Court to the accompanying memorandum, declaration with exhibits, and proposed Order.  Because this is a dispositive motion, the undersigned has not sought Plaintiff's consent before filing it.  Local Civil Rule 7(m).

Dated:  March 18, 2019                Respectfully submitted,

　　　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar # 472845
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　/s/ *Paul Cirino*
　　　　　　　　　　　　　　　　　　PAUL CIRINO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　U.S. Attorney's Office for the District of Columbia
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　Phone: (202) 252-2529
　　　　　　　　　　　　　　　　　　Fax: (202) 252-2599

paul.cirino@usdoj.gov

*Attorneys for Defendants*